NEW DEAL TOBACCO
WAREHOUSE, INC.,
Respondent,

v.

Steven E. KNIGHTON, Appellant.

No. WD 72965.

Missouri Court of Appeals,
Western District.

July 19, 2011.

Aaron C. Johnson, Weston, MO, for respondent.

Gary M. Steinman, Gladstone, MO, for appellant.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Steven Knighton appeals from the trial court's judgment in favor of New Deal Tobacco after a bench trial. Knighton contends that the trial court erred in granting judgment in favor of New Deal Tobacco because New Deal Tobacco presented no substantial or competent evidence that it provided and/or that Knighton received the products and services for which New Deal Tobacco sought payment. We affirm. Rule 84.16(b).

Jeffrey E. SLAUGHTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72210.

Missouri Court of Appeals,
Western District.

July 19, 2011.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Jayne T. Woods, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

### ORDER

PER CURIAM.

Jeffrey Slaughter appeals the denial of his Rule 29.15 motion without an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the denial of post-conviction relief.

AFFIRMED. Rule 84.16(b).